# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# ST. JOSEPH DIVISION

| | |
|---|---|
| BUILDING ERECTION SERVICES, INC., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| JLG INDUSTRIES, INC. | ) ) |
| Defendant/Third-Party Plaintiff | ) Case No. 02-6087-CV-SJ-FJG |
| vs. | ) ) ) |
| POWERSCREEN USC, INC. and POWERSCREEN INTERNATIONAL, | ) ) ) |
| Third-Party Defendants. | ) |

## ORDER

Currently pending before the Court is the parties' Stipulation for Order Vacating Prior Orders (Doc. # 298). The parties have requested that the Court vacate the following orders entered in this case: Doc. No. 214, 223, 226, 287, 288, 297. The parties also request that Section III. B. Of the Court's Order dated March 31, 2005 (Doc. # 193) should be vacated. After reviewing these Orders and the parties' request, the Court hereby **DENIES** the Motion to Vacate these Orders. During a teleconference with the Court on November 13, 2006, the parties indicated that the case was settled and the settlement was not dependent on how the Court would rule on their request to vacate the various orders.

Date: December 5, 2006  
Kansas City, Missouri

**S/ FERNANDO J. GAITAN, JR.**  
Fernando J. Gaitan, Jr.  
United States District Judge